AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Tyrin B. DAVIS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19MJ4016-JDG<br>)<br>)<br>)<br>) |

**FILED**

3:53 pm Feb 11 2019

Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/02/2017 to 01/30/2019__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of a child |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael A. Deterling, Special Agent
*Printed name and title*

Sworn to via telephone after submission
by reliable electronic means [Fed. R. Crim. P. 4.1]

Date: __02-11-19__

*Judge's signature*

City and state: __Cleveland, Ohio__  Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*