# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO.: 1:19-cr-140 |
| Plaintiff, | |
| ~ vs ~ | **JUDGE SARA LIOI** |
| **TYRIN DAVIS,** | **DEFENDANT'S MOTION REQUESTING AN ORDER TO ALLOW DR. SANDRA MCPHERSON TO INTERVIEW AND EVALUATE TYRIN DAVIS AT THE MAHONING COUNTY JAIL** |
| Defendant. | |

Now comes the Defendant, Tyrin Davis, by and through his undersigned counsel, and respectfully moves this Honorable Court to enter an Order directing the Mahoning County Jail personnel to permit Dr. Sandra McPherson, Psy.D., ABPP, Board Certified Forensic & Clinical Psychologist (see: Curriculum Vitae of Dr. McPherson, attached as Exhibit "A"), to interview and evaluate the Defendant at the Mahoning County Jail in Youngstown on Tuesday, April 30, 2019, at 11:00 a.m. and on any day and time thereafter until the conclusion of this case.

Defense counsel has been informed by the staff at the Mahoning County Jail that a Court Order is needed to facilitate this professional psychiatrist visit with the Defendant. Defense counsel has attached a proposed Order for the Court's consideration.

*WHEREFORE*, for all of the aforestated reasons, the Defendant, **Tyrin Davis**, by and through his undersigned counsel, respectfully moves this Honorable Court to enter an Order directing the Mahoning County Jail personnel to permit Dr. McPherson to conduct an interview for purposes of evaluating the Defendant on Tuesday, April 30, 2019, at 11:00 a.m. and on any day and time thereafter until the conclusion of this case.

        Respectfully submitted,

        /s/ Christopher G. Thomarios
        **CHRISTOPHER G. THOMARIOS**
        Ohio Reg. No. 0076637
        820 West Superior Avenue, Suite 840
        Cleveland, Ohio 44113
        (216) 696-8217 - Telephone
        (216) 696-9292 - Facsimile
        christopher@cgt-law.com – Email
        www.cgt-law.com - Website

        Counsel for **TYRIN DAVIS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on the 24th day of April, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

        /s/ Christopher G. Thomarios
        **CHRISTOPHER G. THOMARIOS**