**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 01:19-CR-140** |
| Plaintiff, | : | **JUDGE SARA LIOI** |
| vs. | : | **MOTION FOR LEAVE TO FILE DEFENDANT TYRIN DAVIS' SENTENCING MEMORANDUM UNDER SEAL** |
| **TYRIN DAVIS**, | : | |
| Defendant. | : | |

**NOW COMES** the Defendant, Tyrin Davis, by and through his undersigned counsel, Christopher G. Thomarios, and respectfully requests this Honorable Court issue an Order granting the Defendant's Motion for Leave to File Sentencing Memorandum Under Seal due to the sensitive and confidential nature of information contained therein.

Respectfully submitted,

/s/ Christopher G. Thomarios
**CHRISTOPHER G. THOMARIOS**
Ohio Reg. No. 0076637
820 West Superior Avenue, Suite 840
Cleveland, Ohio 44113
(216) 696-8217 - Telephone
(216) 696-9292 - Facsimile
christopher@cgt-law.com – Email
www.cgt-law.com - Website

Counsel for **TYRIN DAVIS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on the 15th day of October, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Christopher G. Thomarios
**CHRISTOPHER G. THOMARIOS**

Counsel for **TYRIN DAVIS**